# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Washington

ROBERT TODD APPLEGATE,

_____

)
)

*Plaintiff*

)

v.

)

COMMISSIONER OF SOCIAL SECURITY,

)
)

Civil Action No.   4:16-CV-05059-FVS

_____

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Report and Recommendation (ECF No. 20) is ADOPTED in its entirety.  Plaintiff's Motion for Summary Judgment (ECF
No. 13) is GRANTED.  Defendant's Motion for Summary Judgment (ECF No. 16) is DENIED.  Judgment is entered for
Plaintiff.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____Fred Van Sickle_____ on a
Report and Recommendation (ECF No. 20) and Motions for Summary Judgment (ECF Nos. 13 and 16).

Date:  8/30/2017_____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____

*(By) Deputy Clerk*

Lennie Rasmussen
_____